**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

CLERKS OFFICE US DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED

June 05, 2026

LAURA A. AUSTIN, CLERK
BY: /s/ Kayla Lokey
DEPUTY CLERK

|  |  |
|---|---|
| **UNITED STATES**<br><br>**V.**<br><br>**RUSSELL THOMAS MADDOX III** | Case No. <u>5:26mj-70</u><br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL**
**COMPLAINT AND ARREST WARRANT**

I, Charles J. Moloney III, a Special Agent with the Homeland Security Investigations, the undersigned Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## I.      INTRODUCTION

### A.      Purpose of Affidavit

1.      I respectfully submit this affidavit to establish probable cause in support of a criminal complaint charging Russell Thomas MADDOX III ("MADDOX") with a violation of 18 U.S.C. § 2422(b) (Attempted Coercion and Enticement), occurring between approximately April 30 and May 26, 2026, in the Western District of Virginia and elsewhere.

## II.      AFFIANT EXPERIENCE AND SOURCES OF INFORMATION

### A.      Affiant Background and Experience

2.      I am a Special Agent with the Homeland Security Investigations ("HSI") and have been since November 2022. I am currently assigned to the Resident Agent in Charge (RAC) Harrisonburg, Virginia office for HSI. In that capacity, my duties include investigating federal criminal offenses, including crimes involving child exploitation, possession, production, and distribution of child sexual abuse material (CSAM), money laundering proceeds from specific unlawful activities, and violations of federal customs and immigration law.

1

3.      As a law enforcement officer, I have experience and training in numerous investigative techniques, including, but not limited to, child victim identification, undercover chat operations, surveillance, witness and subject interviews, cryptocurrency investigations, analyzing records associated with social media accounts, IP addresses, phone numbers, and the execution of search warrants.

### B.      Sources of Information

4.      The statements contained in this affidavit are based in part on information provided by federal agents and state law enforcement officers; written reports about this and other investigations that I have received; independent investigation and analysis by law enforcement agents/analysts; and my experience, training, and background as a Special Agent.  This affidavit is intended to show merely that there is sufficient probable cause for the complaint and requested arrest warrant and does not set forth all of my knowledge about this matter.

5.      This affidavit sets forth facts establishing that there is probable cause to believe that beginning on or about April 30, 2026, and through on or about May 26, 2026, in the Western District of Virginia and elsewhere, MADDOX committed the offense of Attempted Coercion and Enticement in violation of 18 U.S.C. § 2422(b).

## III.    APPLICABLE LAW

6.      Under 18 U.S.C. § 2422(b), it is unlawful for any person, using the mail or any facility or means of interstate or foreign commerce, to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempt to do so.

## IV.    PROBABLE CAUSE

2

USAO2026R00213
FILED UNDER SEAL

7.      On or about April 30, 2026, a special agent with Homeland Security Investigations (HSI) Harrisonburg, Virginia, acting in an undercover capacity ("UC"), posted an advertisement on a website[1] to target subjects engaged in child exploitation offenses, including but not limited to the enticement of minor victims. The post contained two images of a female taking a photo of herself in a mirror. The title of the post was "hmu :)."  I know from training an experience that "hmu" is internet slang for "hit me up" or "contact me."

8.       The post content contained the words "looking to have fun ;) only hmu [hit me up] if you wanna meet".

9.      On or about April 30, 2026, the UC received an email from the website that contained the email address Tobychvy@gmail.com (hereafter referred to as the "SUSPECT'S EMAIL").[2] The name that appeared when responding to the SUSPECT'S EMAIL was Toby. A search of law enforcement databases and open source databases did not identify any person associated with the SUSPECT'S EMAIL.

10.     During the chat operation described in this Affidavit, and at all relevant times, the UC was located in the Western District of Virginia.

**A.  HSI UC and SUSPECT discuss HSI UC's age[3]**

11.     On April 30, 2026, through May 4, 2026, the following messages were sent between the SUSPECT'S EMAIL and the HSI UC EMAIL.

SUSPECT'S EMAIL: Hey saw your ad

---

[1] The website is being withheld to protect the identity of the covert online law enforcement account, but the website is based in a foreign county and is used, in part, by those who advertise sexual services.

[2] The initial email reported to be from the website. Then once the HSI UC EMAIL which received the email responded to the initial email, then the two email accounts directly emailed back and forth (not through the website).

[3] For ease of reference and clarity, only certain portions of the exchange between the SUSPECT's EMAIL and HSI UC Email are included.

USAO2026R00213
FILED UNDER SEAL

HSI UC EMAIL: hi! :) i wanna be upfront im only 15 and im out of harrisonburg and charlottesville mostly if thats cool with you. lemme know

SUSPECT'S EMAIL: How are you only 15 and doing meet ups?

SUSPECT'S EMAIL: You got a picture?

SUSPECT'S EMAIL: Guess not.

12.    I know from my training and experience, that a "meet up" is commonly used to refer to a sexual encounter.

13.    On or about May 13, 2026, through May 14, 2026, the following messages were sent between the SUSPECT'S EMAIL and the HSI UC EMAIL.

HSI UC EMAIL: ever been with a 15 year old or am i gunna be ur first?

SUSPECT'S EMAIL: You'd be my first. Is that a problem

HSI UC EMAIL: thatd be ok with me :)

**B. SUSPECT discusses meeting the purported 15-year-old to have sex.**

14.    On or about May 5, 2026, the following messages were sent between the SUSPECT'S EMAIL and the HSI UC EMAIL.

HSI UC EMAIL: wats am for u? and wat u wantin?

SUSPECT'S EMAIL: Full service 4 am

HSI UC EMAIL: dang 4am is early. i wont be up that early. im free now till about 12am, sorry. lemme know if anytime earlier works for u and wat u expect in full service

SUSPECT'S EMAIL: What's your rates[4]

HSI UC EMAIL: make me an offer thatll be fine. but i aint gunna be up at 4 am

SUSPECT'S EMAIL: 100 bucks can do Harrisonburg tomorrow afternoons

---

[4] I believe, based on my training and experience, that the reference to "rates" means the amount that the purported 15-year-old would charge for a sexual encounter.

4

FILED UNDER SEAL

HSI UC EMAIL: im gunna be in charlottesville tomorrow but if that doesnt work we can try and plan when i get in back in Harrisonburg

SUSPECT'S EMAIL: Ok

SUSPECT'S EMAIL: You all holes open

HSI UC EMAIL: yea can be

SUSPECT'S EMAIL: You a cop

HSI UC EMAIL: no but if ur not interested thats fine

15.     On or about May 5, 2026, the following messages were sent between the SUSPECT'S EMAIL and the HSI UC EMAIL.

SUSPECT'S EMAIL: You got any rules

HSI UC EMAIL: wat u thinkin and ill let u know

SUSPECT'S EMAIL: Cim, Greek, cip water sports, rough

HSI UC EMAIL: i never heard of those so idk

SUSPECT'S EMAIL: Cum in mouth [cim] and pussy [cip] anal rough sex

HSI UC EMAIL: i just cant get pregnant

SUSPECT'S EMAIL: You on birth control

HSI UC EMAIL: im not

SUSPECT'S EMAIL: Ok

SUSPECT'S EMAIL: Then mouth okay?

HSI UC EMAIL: yea thats ok wit me

SUSPECT'S EMAIL: You swallow

HSI UC EMAIL: yea

SUSPECT'S EMAIL: Nice got any nude pics

USAO2026R00213
FILED UNDER SEAL

16.    On or about May 14, 2026, the following messages were sent between the SUSPECT'S EMAIL and the HSI UC EMAIL.

SUSPECT'S EMAIL: Still cute, what's the biggest you've taken. You got any nudes

HSI UC EMAIL: idk pretty average nothin real big. i do but i dont just blast my nuddies out like that. maybe after we meet and i get to know u more personal then yea

HSI UC EMAIL: wat u look like?

SUSPECT'S EMAIL: [Agent's note: SUSPECT'S EMAIL sent an image that failed to load]

SUSPECT'S EMAIL: So I can't even get one

SUSPECT'S EMAIL: I'm 6'6" about 240 white guy

SUSPECT'S EMAIL: So I imagine you're pretty tight

HSI UC EMAIL: def am and ur prob big 😋 idk how its gunna go lol. idk y but the pic didnt come through for me. r u really old?

SUSPECT'S EMAIL: No I'm 30. And it will go good promise.

17.    On or about May 14, 2026, the following messages were sent between the SUSPECT'S EMAIL and the HSI UC EMAIL.

SUSPECT'S EMAIL: I'll send it again but you should send me a pic of some ass tits or pussy, so are you doing this for money or you just looking for a big dick to fuck on regular

SUSPECT'S EMAIL: Oh I promise you'll have a good time if you like to be stretched

HSI UC EMAIL: itd have to be somethin good to be on the regular like that for free 😊

SUSPECT'S EMAIL: So you do it for the money not looking for regular. And idk I think you'll love it if you can take it all I'd be surprised and might even make you squirt

HSI UC EMAIL: i def wanna see u back all that up 😊

6

SUSPECT'S EMAIL: I wanna see you take it all and see it stretch you out. I'm dying to see that body

HSI UC EMAIL: me too ngl [abbreviation for not going to lie]. u far from harrisonburg? i cant host but hoping to be free maybe next week and u can pick me up but i will def let u know cause i gotta know if u can back all that talk up

SUSPECT'S EMAIL: I live near Staunton but work near Harrisonburg, ever done it in a car? If you were free tomorrow I'd make fall in love with it and want it all the time

HSI UC EMAIL: 😊 yea i have before. dang i wish i was free tomorrow but i think i can swing it next week. hope u got some good tint and nice room in the car lol

18.    On or about May 20, 2026, the following messages were sent between the SUSPECT'S EMAIL and the HSI UC EMAIL.

SUSPECT'S EMAIL: So question, what happens if I bust in you[5]

HSI UC EMAIL: i mean would u get me a plan b?[6]

SUSPECT'S EMAIL: Yea

SUSPECT'S EMAIL: If that's what you want or you prefer me to bust in your mouth/face

HSI UC EMAIL: unless u r tryin to get a 15 y/o pregnant lol [emoji of a laughing smiling face with tears]

SUSPECT'S EMAIL: You ain't ready for all that [emoji of a laughing smiling face with tears]

SUSPECT'S EMAIL: I was just wondering especially if you think this might be a on going thing

C.  **Planned Meeting with the Suspect**

19.    On or about May 22, 2026, through May 26, 2026, the following messages were sent between the SUSPECT'S EMAIL and the HSI UC EMAIL.

---

[5] I believe based on my training and experience that the term "bust" refers to ejaculate.
[6] I believe, based on my training and experience, that the term "Plan B" refers to emergency post-sex contraceptive.

USAO2026R00213
FILED UNDER SEAL

SUSPECT'S EMAIL: I still think you're gonna stand me up

HSI UC EMAIL: [emoji of a face smiling and teeth showing was sent]

SUSPECT'S EMAIL: Why the smiling face?

SUSPECT'S EMAIL: I think you should send me a pic of up top

SUSPECT'S EMAIL: Still on for tomorrow

HSI UC EMAIL: srry, partying and yea im down for tomorrow still

SUSPECT'S EMAIL: Same time and place

HSI UC EMAIL: yea 12pm at the volleyball court at hillandale park. how am i gunna know who u r or wat truck?

SUSPECT'S EMAIL: lol you want code words or something can you prove you ain't a cop

HSI UC EMAIL: that works for me baby

SUSPECT'S EMAIL: Pic a word or you can flash me ;)

HSI UC EMAIL: 8 inches [emoji of a face smiling and teeth showing was sent]

SUSPECT'S EMAIL: Ok, lol what you wearing

HSI UC EMAIL: black leggings and green shirt but if its raining. i got an umbrella and might wear a jacket. hbu?

SUSPECT'S EMAIL: Jeans black hoodie, can you prove you aint a cop when I pull up

HSI UC EMAIL: yea if u honk or call me over i can flash u if u want real quick

20.    Later on or about May 26, 2026, the following messages were sent between the SUSPECT'S EMAIL and the HSI UC EMAIL.

SUSPECT'S EMAIL: I'm gonna pass by see the truck flash it

HSI UC EMAIL: which truck?

SUSPECT'S EMAIL: Silver

8

USAO2026R00213
FILED UNDER SEAL

21.     On May 26, 2026, a Rockingham County Sheriff's Office (RCSO) female detective was wearing black leggings, a green t-shirt, and was seated at the park bench located near the volleyball court in Hillandale Park for the law enforcement operation. The RCSO female detective was wearing the outfit that was described to the suspect that the minor would be wearing and at the location the purported minor would be located at in Hillandale park in Harrisonburg, Virginia for the arranged meeting on May 26, 2026.

22.     At approximately the pre-arranged time, law enforcement observed a single silver truck near the area of the RCSO female detective. Law enforcement did not observe any other silver trucks in the general area at that time. The truck was a silver Chevrolet[7] Silverado 1500 bearing a Virginia license plate number of 4842XM (SUSPECT VEHICLE), registered to Russell Thomas MADDOX III ("MADDOX").

23.     Law enforcement observed the SUSPECT VEHICLE drive past the RCSO female detective on at least three occasions in less than thirty minutes and observed the SUSPECT VEHICLE enter and depart multiple parking lots.

24.     I know from my training and experience that some people who attempt to meet with a minor for sexual interactions will surveil or "case" a meet-up location to identify whether law enforcement is involved.  In my training and experience, the movements of the SUSPECT VEHICLE was consistent with "casing" the meet-up location for law enforcement.

25.     At approximately 12:16 PM (ET), shortly after the last message was sent by the SUSPECT'S EMAIL, agents conducted a vehicle stop on the SUSPECT VEHICLE in the parking lot near the location of the RCSO female detective and identified the driver as MADDOX.

---

[7] As noted above, the SUSPECT's EMAIL wrote that he would arrive in a silver truck. In addition, the SUSPECT's EMAILaddress  was tobychvy@gmail.com. The term "chevy" is known to be used in reference to Chevrolet vehicles.

USAO2026R00213
FILED UNDER SEAL

26.    MADDOX was in possession of a Virginia driver's license, with the height listed as 6' 06" and his weight associated with the driver's license in law enforcement databases as 250lbs[8]. A black sweatshirt with a hood (often referred to as a hoodie) was identified on the front passenger seat of the SUSPECT VEHICLE and three iPhone cellphones were identified in the SUSPECT VEHICLE – these are referred to as the MADDOX Devices.

27.    During the encounter with law enforcement, MADDOX was read his *Miranda* rights and agreed to speak with law enforcement. He denied that he had communicated with any actual or purported minors for the purposes of engaging in sexual interactions or payment in exchange for sexual interactions. He also stated that he was a certified welding inspector at Silver Lake in Dayton, Virginia. MADDOX also reported that he resided at 53 Confederate St., Verona, VA.

28.    MADDOX provided consent for law enforcement to review the MADDOX Devices on scene. Law enforcement conducted a cursory review of the MADDOX Devices on scene, and based on the cursory review, did not identify any evidence on the MADDOX Devices that he had been in communication with the HSI UC EMAIL.[9]

**D.  Additional Links Between MADDOX and the SUSPECT EMAIL**

29.    On or about May 18, 2026 (a Monday), the SUSPECT EMAIL wrote to the HSI UC EMAIL that he celebrated his child's birthday over the prior weekend. I reviewed police reports which indicated that MADDOX has a son and his birthday is May 21, 2023.

30.    On or about May 26, 2026, law enforcement received documents from Google associated with the SUSPECT'S EMAIL (tobychvy@gmail.com). Some of the IP addresses provided by Google

---

[8] As detailed above, the SUSPECT'S EMAIL identified the suspect's height as 6'6" and 240 (likely referring to the suspect's weight).

[9] I know from my training and experience that users of cell phones can delete or hide material on a cell phone that can make it challenging for law enforcement to find. As is discussed in more detail below, law enforcement later found evidence on one of the MADDOX Devices that linked MADDOX to the SUSPECT'S EMAIL.

10

for the SUSPECT'S EMAIL were determined to be associated with Comcast. Two of the approximately seventy IP addresses that Google provided were (1) 2601:5cf:8600:92b0:ecbd:9e92:fed8:e580, and (2) 50.251.123.121.

31.     On June 1, 2026, law enforcement received records from Comcast, associated with the IP Address 2601:5cf:8600:92b0:ecbd:9e92:fed8:e580 assigned on 05-23-2026 14:17:36 Zulu time. The "Bill to Name" was identified as Russell Maddox with the billing address of 53 Confederate St., Verona, Virginia.

32.     Comcast produced records pertaining to the IP address 50.251.123.121 assigned on 05-26-2026 13:31:00 Zulu time. The subscriber name was identified as Silver L Silver Lake with the service address 2433 Silver Lake Rd., Dayton, Virginia. I believe that this is MADDOX's employer based on the statements he made to law enforcement on May 26, 2026.

33.     On or about June 2, 2026, law enforcement reviewed one of the MADDOX Devices pursuant to a search warrant and identified an image (IMG_0797.png with a create date of May 6, 2026) on the phone. The image was of the purported minor that was sent by the HSI UC EMAIL on or about May 5, 2026, to the SUSPECT'S EMAIL.

34.     I know based on my training and experience that email communications and cell phones used to facilitate email communications are most often facilities or means of interstate or foreign commerce.

35.     For the foregoing reasons, I believe that MADDOX operated the SUSPECT EMAIL account to communicate with the HSI UC EMAIL account.

## V.     CONCLUSION

36.     Based on the foregoing facts and circumstances, I respectfully submit that there is probable cause to believe that between April 30 and May 26, 2026, Russell Thomas MADDOX III, attempted to coerce and entice an individual that he believed to be a 15-year-old female (a minor) to

USAO2026R00213
FILED UNDER SEAL

engage in prostitution or any sexual activity for which he could be charged with a criminal offense in

violation of 18 U.S.C. § 2422(b).

## OATH

The information in this affidavit is true to the best of my knowledge and belief.

Respectfully submitted,

*/s/Charles Moloney*
CHARLES MOLONEY
Special Agent
Homeland Security Investigations

Received by reliable electronic means and
sworn to before me over the telephone and signed
by me pursuant to Fed. R. Crim. P. 4.1 on this 5th
day of June 2026.

**HONORABLE JOEL C. HOPPE**
**UNITED STATES MAGISTRATE JUDGE**

12

USAO2026R00213
FILED UNDER SEAL